# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SUSAN LEFF,

    Plaintiff,

v.                                  Case No. 8:20-cv-2386-KKM-CPT

LIBERTY LIFE ASSURANCE
COMPANYOF BOSTON, now
LINCOLN FINANCIAL GROUP,

    Defendant,
_____/

## ORDER

The Court has been advised that parties have settled all claims between them. (Doc. 19). Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 60 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on June 16, 2021.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge